IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JABAR HALLY,

        Petitioner,                  No. CIV S-04-0828 DFL CMK P

    vs.

A.K. SCRIBNER, Warden,

        Respondent.             ORDER

_____/

On November 4, 2005, petitioner filed a "notice of change of address." That document was not served on respondent. Petitioner is advised that every document submitted to the court for consideration must be served on respondent. Fed. R. Civ. P. 5; Rule 11, 28 U.S.C. § 2254. As a prisoner proceeding pro se, petitioner is required to serve all documents in this action conventionally in accordance with the relevant provisions of Fed. R. Civ. P. 5. See Local Rule 5-135(b). Since an attorney has filed a document with the court on behalf of respondent, documents submitted by petitioner must be served on that attorney and not on the respondent. Fed. R. Civ. P. 5(b)(1). Conventional service is usually accomplished by mailing a copy of the document to the attorney's address of record. See Fed. R. Civ. P. 5(b)(2)(B). Petitioner must include with every document filed in this action  a certificate stating the date an accurate copy of /////

1

the document was mailed to respondent's attorney and the address to which it was mailed.  <u>See</u>

Local Rule 5-135(b) and (c).

Accordingly, IT IS HEREBY ORDERED that:

1.   Petitioner's November 4, 2005, "notice of change of address" is stricken from

the record and will not be considered; and

2.   Petitioner is ordered to properly serve any documents subsequently filed in this

action on respondent's attorney of record.  Plaintiff is warned that failure to comply with this

order may result in the dismissal of this action.  <u>See</u> Local Rule 11-110.

DATED:   November 18, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE