IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JABAR HALLY,

    Petitioner,               No. CIV S-04-0828 DFL CMK P

    vs.

A.K. SCRIBNER, Warden,

    Respondent.             ORDER

                             /

Petitioner has requested an extension of time to file his objections to the December 14, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's December 28, 2006 request for an extension of time is granted; and

    2. Petitioner shall file his objections to the December 14, 2006 findings and recommendations on or before January 26, 2007.

DATED: January 5, 2007.

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE