IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JABAR HALLY,
        Petitioner,                    No. CIV S- 04- 0828 RRB[1] CMK P

    vs.

A.K. SCRIBNER, Warden,

        Respondent.

_____/        <u>ORDER</u>

        On January 26, 2007, petitioner filed a request for a second extension of time to file objections to the court's December 14, 2006 findings and recommendations. Good cause appearing the court will grant this request. Petitioner also filed a motion for appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

///

///

---

[1] This matter was reassigned from the Honorable David F. Levi for all further proceedings on November 22, 2006. (Doc. 18.)

IT IS ORDERED THAT:

1. Petitioner is granted an extension of thirty days from the date this order is filed to file objections to the December 14, 2006 findings and recommendations.

2. Petitioner's motion for appointment of counsel is denied without prejudice.

DATED: January 29, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2