IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JABAR HALLY,

        Petitioner,                  No. CIV S- 04- 0828 RRB CMK P

   vs.

A.K. SCRIBNER, Warden,

        Respondent.

_____/       <u>ORDER</u>

      The court filed findings and recommendations in this case on December 14, 2006. Petitioner has requested, and has been granted, two extensions of time to file objections to the findings and recommendations. On March 1, 2007, petitioner filed a request for a third extension of time to file objections to the findings and recommendations. In support of his third request, petitioner avers that he has limited access to the law library and relies on other prisoners for help in drafting objections.

///

///

///

///

///

///

Petitioner has had over two months to visit the law library and to secure help in drafting his objections. Additionally, the court notes that petitioner just filed a well researched motion to stay his case (doc. 26), which belies his claim that he cannot access legal materials or get help in drafting legal documents. Accordingly, petitioner's third request for an extension of time is denied.

IT IS SO ORDERED.

DATED: March 5, 2007.

  */s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2