**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JABAR HALLY,<br><br>        Petitioner,<br><br>vs.<br><br>A.K. SCRIBNER, Warden,<br><br>        Respondent. | No. 2:04-CV-0828-RRB-CMK-P<br><br>**ORDER** |

      Petitioner Jabar Hally ("Petitioner"), a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On December 14, 2006, Magistrate Judge Craig M. Kellison filed Findings & Recommendations (Docket 20) herein, which were served on all parties, and which contained notice to all parties that any objections to the same were to be filed within 20 days. Petitioner filed objections to the findings and recommendations at Docket 31, despite being denied a third request for an extension of time to do so. See Docket 28.

ORDER DENYING PETITIONER'S MOTION TO STAY AND APPLICATION FOR WRIT - 1
2:04-CV-0828-RRB-CMK-P

On March 15, 2007, Magistrate Judge Craig M. Kellison filed a second set of Findings & Recommendations (Docket 30) herein, which were served on all parties, and which contained notice to all parties that any objections to the same were to be filed within 10 days. Petitioner filed objections to these findings and recommendations at Docket 34.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds: (1) the Findings and Recommendations filed on December 14, 2006, at Docket 20; and (2) the Findings and Recommendations filed on March 15, 2007, at Docket 30, to be supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings & Recommendations at **Docket 20**, filed on December 14, 2006, are adopted in full;

2. The Findings & Recommendations at **Docket 30**, filed on March 15, 2007, are adopted in full;

3. Petitioner's Motion to Stay at **Docket 26** is **DENIED**; and

4. Petitioner's application for a writ of habeas corpus is **DENIED**.

**ENTERED** this 30th day of March 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER DENYING PETITIONER'S MOTION TO STAY AND APPLICATION FOR WRIT - 2
2:04-CV-0828-RRB-CMK-P