IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JABAR HALLY,

        Petitioner,               No. CIV S-04-0828 RBB CMK P

    vs.

A.K. SCRIBNER,

        Respondent.          **ORDER**

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's April 2, 2007, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

1          For the reasons set forth in the magistrate judge's December 14, 2006, findings
2 and recommendations, petitioner has not made a substantial showing of the denial of a
3 constitutional right. Accordingly, a certificate of appealability should not issue in this action.
4          IT IS SO ORDERED.
5 DATED: April 20, 2007

                                              UNITED STATES DISTRICT JUDGE

8 /

2